IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAGHBIR SINGH, | ) | |
| Petitioner, | ) | No. C 06-3698 CRB (PR) |
| vs. | ) | ORDER |
| BEN CURRY, Warden, | ) | (Doc # 12) |
| Respondent. | ) | |

Petitioner has filed a notice of appeal and request for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b), following the court's November 5, 2007 order denying on the merits his petition for a writ of habeas corpus.

A COA (doc # 12) is denied as unnecessary. The Ninth Circuit has made clear that a state prisoner challenging a parole board's administrative decision to deny his request for parole need not obtain a COA. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

The clerk shall process the appeal.

SO ORDERED.

DATED: De. 19, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.06\Singh1.coa.wpd